FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNN KENT,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYSTONE RV COMPANY,<br><br>    Defendant. | NO. 4:17-cv-05021-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion & Order for Dismissal With Prejudice of Defendant Keystone RV Company, ECF No. 18. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion.

//
//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion & Order for Dismissal With Prejudice of Defendant Keystone RV Company, ECF No. 18, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 21st day of May 2018.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ^ 2**